# ORIGINAL

In The

Court of Appeals

For The

First District of Texas

FILED IN
1ST COURT OF APPEALS
HOUSTON, TEXAS

JAN 2 0 2015

CHRISTOPHER A. PRINE

CLERK_____

---

NO. 01-13-00962-CV

---

BOSHENG WEN, Appellant

V.

STEWART LIN, Appellee

Dear Judge, my name is Bosheng Wen, I strongly request Lin Stewart must explain to the court while he was my representative attorney (Case NO. 2008-69877) 1. Why he detained all the evidences that should send to the court? Those evidences could prove I was an innocent person. (The evidences I already turned in to the court at July 31, 2013, also a copy gave to Lin Stewart) 2. Why he received money from Andy Wu while he was my attorney? 3. Why he worked for Andy Wu? 4. Why he helped Andy Wu

school at 2011 started working to help the family. I hope the law could help

me make Lin Stewart pay back what he did to me and my family.

Bosheng Wen
281-796-2892
01/19/2015


9271 Westwood Village Dr
Houston TX 77036

# LIN & VALDEZ, L.L.P.

*Attorneys & Counselors at Law*

**9999 Bellaire, Suite 3C**

Houston, TX 77036

(713) 339-4200/Fax(713)339-4299

**Stewart Lin**
Licensed in TX & NY
**Alfred R. Valdez**
Certified Mediator
**Aram Sadeghi**
Licensed in TX & KS

Of Counsel

Andrew H. Whang
Licensed in TX

July 28, 2008

Wen's Royal Remodeling Inc.

**RE:   Café 121 Chinese Restaurant**

<u>RECEIPT</u>

FOR PROFESSIONAL SERVICES RENDERED:

ATTORNEY: Stewart Lin

| (1) 07/28/08 | Consultation and retainer for the above matter | $300.00 |
|---|---|---|

**This Receipt Evidences Receipt of: <u>$300.00</u>**

**THANK YOU FOR YOUR BUSINESS**

Approved: _[signature]_

**Lin & Valdez L.L.P.**
Attorneys at Law
9999 Bellaire, Suite 3C
Houston, TX 77036

**EXHIBIT**

**1**

**WEN'S ROYAL REMODELING INC.**
9220 CLAREWOOD 2119
HOUSTON, TX 77036

35-2400/1130
1030108

1369

DATE _10/24/08_

PAY TO THE
ORDER OF _Lin & Valdez_

_Two Thousand oo /100_

$ 2000 oo

DOLLARS

**Southwestern National Bank**
6901 Corporate Dr. (713) 771-9700
Houston, Texas 77036

MEMO

⑈113024009⑈ 1369 1030108⑈

MP

---

Lin & Valdez L.L.P.
Attorneys at Law
9999 Bellaire, Suite
Houston, TX 77036

RECEIPT

DATE _10/22/08_        No. _102786_

RECEIVED FROM _Wen's Royal Remodeling, Inc_  $2,600 ⁰⁰

_Two thousand, six hundred_ ——————— DOLLARS

FOR RENT
FOR _Atty Fee_     _# 1078 (9/8/08)_
_and # 1369 (10/22/08)_

| | | |
|---|---|---|
| ACCOUNT | | |
| PAYMENT | | |
| BAL. DUE | | |

○ CASH
○ MONEY ORDER
✗ CHECK       FROM ———— TO ————
○ CREDIT CARD    BY _Sonia_

a adams 1182

WEN'S ROYAL REMODELING, INC.

1078

88-9377/1119

PAY
TO THE
ORDER OF  Kim L. Valley

Six Hundred 00/100

DATE 9/8/06

$ 600.00

DOLLARS

Washington Mutual

Washington Mutual Bank
Bellaire & Ranchester Financial Ctr 6973
5200 Bellaire Boulevard
Houston, TX 77036

1-800-788-7000
24 Hour Customer Service

FOR

⑈0000⑈1078⑈  ⑆⑈⑈⑈9937⑈76⑈  472895333⑈56⑈

This is a LEGAL COPY of your check. You can use it the same way you would use the original check.

*114000093*
12/15/2008
008900695958

*114000093* 12/15/2008
008900695958

Do not endorse or write below this line.

2001

[113024106] 12/12/2008
000000101000106

WEN'S ROYAL REMODELING, INC.

PAY TO THE ORDER OF: Lin & Valdez

Washington Mutual

DATE 12/09/08

$ 2,000.00

DOLLARS

1086

Lin & Valdez
For Deposit
Account No. 501257

>113024106< 12/12/2008
000000101000106

## Release of Mechanic's and Materialman's Lien

**Date:** December 18, 2008

200806070110
12/19/2008 RP1 $20.00

**Claimant:** Wen's Royal Remodeling, Inc.

**Property:**

*In Harris County sw*

TRS 6B 6F & 16 &
LTS 9 & 11 THRU 15
WESTHEIMER ESTATES
ABST 697 C SAGE
SUITE #E.

Claimant has on or about September 24, 2008 attempted to assert a mechanic's and materialman's lien on the Property by affidavit filed in the County Clerk's office of the real property records of Harris County, Texas.

The owner of the Property, Alkitsa Investment, LLC, and its Tenant, Café 121 Chinese Restaurant, has reached an agreement with Claimant for the release of the lien against the Property.

Claimant hereby releases the Property from the mechanic's and materialman's lien in consideration of ZERO AND NO/100 DOLLARS ($0.00) and other good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged.

Wen's Royal Remodeling, Inc.

Stewart Lin,
Attorney for Wen's Royal Remodeling, Inc.

STATE OF TEXAS    )

COUNTY OF HARRIS    )

This instrument was acknowledged before me on Dec. 19th, 2008, by Stewart Lin.

Notary Public, State of Texas

PREPARED IN THE OFFICE OF:

EXHIBIT
2



SONIA LOPEZ
Notary Public, State of Texas
My Commission Expires
May 24, 2009

Justices
JOHN S. ANDERSON
KEM THOMPSON FROST
CHARLES SEYMORE
JEFFREY V. BROWN
WILLIAM J. BOYCE
TRACY CHRISTOPHER
MARTHA HILL JAMISON
SHARON MCCALLY



# Fourteenth Court of Appeals

301 Fannin, Suite 245
Houston, Texas 77002

February 24, 2012

Michael Andrew Harris
Page, Davis & Hill, P.C.
1415 Louisiana, 22nd Floor
Houston, TX 77002

Elizabeth M. Bruman
Law Office of Elizabeth Bruman, P.C.
4560 FM 1960 Rd, West
Suite 104
Houston, TX 77069

RE:   Court of Appeals Number:   14-10-00919-CV
      Trial Court Case Number:   2008-69877

Style:  Wen's Royal Remodeling, Inc., Bosheng Wen, and Wen Hao Wen v. DN Development Corporation d/b/a Cafe 121 Chinese Restaurant, Yafei "Andy" Wu, and David Pham

Please be advised that on this date the Court issued the enclosed mandate in the above cause. Pursuant to Texas Government Code, Sec. 51.204(b), exhibits on file with the court, **if any**, will be destroyed three years from this date.

As required by the Texas Government Code, Sec. 51.204 (d), we are also notifying the trial court clerk that we will destroy all records filed in respect to this case with the exception of indexes, original opinions, minutes and general court dockets, no earlier than six (6) years from the date of mandate.

CHRISTOPHER A. PRINE, CLERK

Chief Deputy

EXHIBIT
3



# MANDATE

## The Fourteenth Court of Appeals

### NO. 14-10-00919-CV

| | |
|---|---|
| WEN'S ROYAL REMODELING, INC., BOSHENG WEN, AND WEN HAO WEN, Appellants | Appeal from the 11th District Court of Harris County. (Tr. Ct. No. 2008-69877). Memorandum Opinion delivered by Chief Justice Hedges. Justices Anderson and Christopher also participating. |
| V. | |
| DN DEVELOPMENT CORPORATION, D/B/A CAFE 121 CHINESE RESTAURANT, YAFEI "ANDY" WU, AND DAVID PHAM, Appellees | |

**TO THE 11TH DISTRICT COURT OF HARRIS COUNTY, GREETINGS:**

Before our Court of Appeals, on the 6th day of December A.D. 2011, the cause upon appeal to revise or reverse your judgment was determined. Our Court of Appeals made its order in these words:

This cause, an appeal from the judgment in favor of appellees, DN Development Corporation D/B/A Café 121 Chinese Restaurant, Yafei "Andy" Wu, and David Pham, signed July 6, 2010, was heard on the transcript of the record. We have inspected the record and find no error in the judgment. We order the judgment of the court below **AFFIRMED.**

We order appellants, Wen's Royal Remodeling, Inc., Bosheng Wen, and Wen Hao Wen, jointly and severally, to pay all costs incurred in this appeal. We further order this decision certified below for observance.

**WHEREFORE, WE COMMAND YOU** to observe the order of our said Court in this behalf and in all things have it duly recognized, obeyed, and executed.

**WITNESS**, the Hon. Adele Hedges, Chief Justice of our Fourteenth Court of Appeals, with the Seal thereof affixed, at the City of Houston, February 24, 2012.

CHRISTOPHER A. PRINE, Clerk

# LAW OFFICE OF ELIZABETH BRUMAN, P.C.

### 4560 CYPRESS CREEK PARKWAY WEST, SUITE 104
### HOUSTON, TEXAS 77069
### 281.583.0089
### FAX: 281.587.9342

ELIZABETH M. BRUMAN
ebruman@brumanlaw.com

BOARD CERTIFIED CIVIL APPELLATE LAW
BOARD CERTIFIED COMMERCIAL AND CONSUMER LAW
TEXAS BOARD OF LEGAL SPECIALIZATION

February 27, 2012

**_Via Client Pick-up_**

Mr. Bosheng Wen
Mr. Walter Wen
Wen's Royal Remodeling, Inc.
9271 Westwood Village Dr.
Houston, Texas 77036

RE:  Cause No. 2008-69877; _DN Development Corporation d/b/a Café 121 Chinese Restaurant v. Wen's Royal Remodeling, Inc._; In the 11th Judicial District Court of Harris County, Texas

Dear Mr. Wen,

Please find enclosed a copy of two correspondences from the Fourteenth Court of Appeal dated February 24, 2012.

Should you have any questions or comments, please feel free to contact me.

Very Truly Yours,

Elizabeth M. Bruman

EMB:ama
Enclosures